

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
#### JUDGMENT

Stephen C. Cole and Robert Strack,

\* From the 238th District Court
  of Midland County,
  Trial Court No. CV47686.

Vs. No. 11-12-00265-CV

\* May 29, 2015

Michael McWillie, Wanda Juanita
Phillips, and Delvonne Burke,

\* Opinion by Wright, C.J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

Both the opinion and judgment of this court dated January 15, 2015, and entered in the minutes of this court at Volume 38, page 15 are withdrawn. The opinion and judgment of this court dated May 29, 2015, are substituted therefor.


## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
#### JUDGMENT

Stephen C. Cole and Robert Strack,

\* From the 238th District
  Court of Midland County,
  Trial Court No. CV47686.

Vs. No. 11-12-00265-CV

\* May 29, 2015

Michael McWillie, Wanda Juanita
Phillips, and Delvonne Burke,

\* Opinion by Wright, C.J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we render judgment that Michael McWillie, Wanda Juanita Phillips, and Delvonne Burke take nothing. The costs incurred by reason of this appeal are taxed against Michael McWillie, Wanda Juanita Phillips, and Delvonne Burke.